

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

### O R D E R

Sitting:
        Karen Angelini, Justice (not participating)
        Luz Elena D. Chapa, Justice
        Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court